**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANA ALLENDE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACTIV LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01495-AS<br><br>Assigned to Hon. Alka Sagar<br><br>[~~PROPOSED~~] **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br><br>Complaint Filed: January 17, 2019<br>Trial Date: June 9, 2020 |

### ORDER

IT IS SO ORDERED that this action shall be dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

Dated: October 7, 2019

_____
/ s /
Hon. Alka Sagar
United States Magistrate Judge

59514619v.1